UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-02403-JPH-DLP |
| ) | |
| LIVEOPS AGENT SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE TO PRO SE LITIGANT AND ORDER**

The following information is provided to pro se litigants to inform them about the rules and procedures governing how they communicate with the Court. Pro se litigants should read this Notice carefully before filing anything further with the Court. All litigants are expected to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

Plaintiffs have a duty to update their addresses. The plaintiff shall report any change of address within thirty (30) days of any change while this action remains pending. The Court must be able to locate and communicate with the plaintiff. If the plaintiff fails to keep the Court informed of her current address, the action may be subject to dismissal.

The plaintiff **shall have through November 20, 2020** to provide the Court with her contact information, including an address where she can be reached. If the plaintiff does not do so, the Court will dismiss this case without prejudice.

1

In addition, this district's Local Rule 10-1 mandates that a plaintiff seeking to proceed anonymously must, at the time of filing the initial pleading, file under seal a notice of intention to seek leave to proceed anonymously and disclose the plaintiff's true name.  S.D. L.R. 10-1(a).  Contemporaneously with the notice, the plaintiff must file a motion to proceed anonymously and serve each opposing party with both the notice and the motion within seven days of the opposing party's appearance.  S.D. L.R. 10-1(b) and (c).  Because the plaintiff has filed neither notice nor a motion to proceed under a pseudonym, the Court **directs the clerk to** replace "Jane Doe" as Plaintiff with "Aleksandra Surzycki."

Because the Plaintiff has not provided her address, the Clerk cannot send Plaintiff a copy of this Order.

**SO ORDERED.**

Date: 10/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana