UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEKSANDRA SURZYCKI, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:20-cv-02403-JPH-DLP |
| LIVEOPS AGENT SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

**ORDER**

On October 20, 2020, the Court ordered Ms. Surzycki to provide her contact information, including an address where she can be reached, by November 20, 2020. Dkt. 3. Although she has not done so, the Court has identified her address through another pro se filing. *See Surzycki v. Arnette*, No. 1:20-cv-2621-JPH-MPB. The clerk is thus **directed** to add the address listed in the distribution below as Ms. Surzycki's contact information.

However, Ms. Surzycki has filed her complaint without paying the $400 filing fee or demonstrating that she lacks the financial ability to do so. Ms. Surzycki **SHALL** either pay the $400 filing fee or seek leave to proceed *in forma pauperis* **by December 30, 2020.** The **clerk is directed** to include an *in forma pauperis* form with Ms. Surzycki's copy of this order.

**SO ORDERED.**

Date: 12/1/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALEKSANDRA SURZYCKI
4310 E. Wembley Ct.
Bloomington, IN 47408